IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY ) ) ) | Case No. 1:05 CV 2813 |
| ) | JUDGE CHRISTOPHER BOYKO |
| Plaintiff ) ) | |
| vs. ) ) | **FINAL JUDGMENT ENTRY** |
| AKUSIKA NKOMO-MACKEY, et al ) ) | |
| Defendants ) | |

Based on the stipulated motion of the parties and the Release and Settlement Agreement attached thereto, the Stipulated Order of Deposit, Investment, and Discharge, entered August 4, 2006 (Doc. 12), is hereby vacated. Instead, again based on the parties' stipulated motion and the Release and Settlement Agreement attached thereto, the Court hereby orders that the insurance proceeds ("Proceeds") payable as a result of the death of the decedent to be paid by plaintiff MetLife as follows:

1. MetLife is to pay the total sum of $100,000 out of the Proceeds to defendant Akusika Nkomo-Mackey;

2. MetLife is to pay the total sum of $4,745 out of the Proceeds to Granberry Mortuary Inc.;

3. MetLife is to pay the sum of $3,740.19 out of the Proceeds to the Pernel Jones & Sons Funeral Home;

4. MetLife is to pay the balance of the Proceeds, plus applicable interest on the Proceeds, to defendants Naima Alena Lewis Mackey and Nyonu Adell Lewis Mackey in equal shares.

{M0177741.1 }

By stipulation and agreement of the parties, upon payment of the Proceeds as provided for herein, plaintiff MetLife as well as The Office of Federal Employees Group Life Insurance and the United States of America are hereby released and discharged from any and all further liability with respect to Proceeds, benefits, or interest payable as a result of the death of the insured.

Upon the stipulated motion of the parties, it is further hereby ordered that this case is dismissed with prejudice with each party paying its own attorney's fees, costs, and expenses.

Date: 9/25/06   Hon. *[signature]*
JUDGE CHRISTOPHER BOYKO

{M0177741.1 }